UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALIA P AMON, *et al.*, | CASE NO. C17-0954-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SAFEWAY, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court upon a stipulated order, following case management dates established at a July 25, 2017 status conference. Consistent with that conference, the following deadlines are hereby SET in this matter:

- **September 8, 2017**: Pleading Amendments/Third Party Action(s)
- **March 16, 2018:** FRCP 26(a)(2) Expert Witness Disclosure Deadline
- **June 22, 2018**: Discovery Cut-Off
- **July 23, 2018:** Dispositive Motion filing deadline
- **August 24, 2018:** Mediation deadline
- **September 12, 2018:** Plaintiffs' Pretrial Statement
- **September 21, 2018:** Defendant's Pretrial Statement
- **October 2, 2018:** Conference of Counsel re Pretrial Statement
- **October 12, 2018:** Pretrial Order
- **October 15, 2018:** Trial Briefs/Jury Instructions/Proposed Voir Dire

- **October 22, 2018:**   Trial Commences at 9:30 A.M.

DATED this 13th day of September 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C17-0954-JCC
PAGE - 2